UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RUSSELL HOLT,**

      **Plaintiff,**

      v.

**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**

      **Defendant.**

Case No. 1:06CV00645
Judge Kessler

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Central Parking System of Virginia, Inc. ("Central Parking"), by and through its attorneys, moves this Court for an extension of time for Central Parking to respond to the Complaint of Plaintiff, Russell Holt ("Mr. Holt"). In support of this motion, Central Parking states as follows:

1. On or about April 7, 2006, Plaintiff filed the Complaint in this case in the United States District Court for the District of Columbia.

2. Central Parking's registered agent was served with process on April 26, 2006.

3. Central Parking currently has until May 16, 2006 to respond to the Complaint.

4. Central Parking retained the undersigned counsel to represent it in this matter on or about May 11, 2006. Since that time, counsel has been reviewing the facts and the law with respect to the Complaint in order to prepare an appropriate response to the Complaint.

5.In addition, the parties are continuing to discuss ways to resolve the matter.

6.Accordingly, Central Parking requests an additional twenty (20) days, until June 5, 2006, within which Central Parking may respond to Plaintiff's Complaint.

7.On May 15, 2006, counsel for Central Parking notified Plaintiff's counsel of the intent to file the instant motion for an extension of time. Plaintiff's counsel has authorized Defendant's counsel to represent to the Court that this motion is unopposed.

8.This Motion is made in the interests of justice and not for the improper purpose of delay.

WHEREFORE, Central Parking, by its undersigned counsel, respectfully requests that the Court grant an extension of time, up to and including June 5, 2006, for Central Parking to respond to the Complaint of Plaintiff, Russell Holt.

Dated: May 16, 2006Respectfully submitted,

/s/
Joseph P. Harkins (D.C. Bar No. 394902)
Maria A. Perugini (D.C. Bar No. 445323)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
202.842.3400  Telephone
202.842.0011  Facsimile

Counsel for Defendant
Central Parking System of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Consent Motion for Extension of Time to Respond to Complaint, accompanying Memorandum of Points and Authorities in Support thereof, and Proposed Order were served via first-class mail, postage prepaid and e-mail on this 16th day of May, 2006 upon:

> Joel R. Zuckerman, Esquire
> Maxwell & Barke, LLC
> 51 Monroe Street
> Suite 806
> Rockville, MD  20850
>
> Gene R. Zweben, Esquire
> Schwartz Zweben & Slingbaum, LLP
> 205 Southwest Winnachee Drive
> Stuart, FL  34994
>
> Counsel for Plaintiff Russell Holt

                                              /s/
                                    Joseph P. Harkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>**Defendant.** | Case No. 1:06CV00645<br>Judge Kessler |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

1.  Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7(m).

Dated: May 16, 2006              Respectfully submitted,

                                 _____/s/_____
                                 Joseph P. Harkins (D.C. Bar No. 394902)
                                 Maria A. Perugini (D.C. Bar No. 445323)
                                 LITTLER MENDELSON, P.C.
                                 1150 17th Street, N.W.
                                 Suite 900
                                 Washington, DC  20036
                                 202.842.3400  Telephone
                                 202.842.0011  Facsimile

                                 Counsel for Defendant
                                 Central Parking System of Virginia, Inc.