UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>　　　　**Defendant.** | Case No. 1:06CV00645 |

## PROPOSED ORDER

Upon consideration of the Unopposed Motion for Extension of Time to Respond to Complaint in the above-captioned matter, and it appearing to the Court that good cause has been shown, it is this _____ day of May, 2006, hereby:

ORDERED that the Consent Motion for Extension of Time to Respond to Complaint is GRANTED, and it is further

ORDERED that Defendant, Central Parking System of Virginia, Inc., shall have an extension of time within which to file its response to the Complaint until June 5, 2006.

Date:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　　　　United States District Judge