UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>    Defendant. | Case No. 1:06CV00645<br>Judge Gladys Kessler |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for the Defendant, Central Parking System of Virginia, Inc., in the above-captioned matter.

Dated: May 16, 2006

Respectfully submitted,

/s/ Maria Perugini Baechli
Maria Perugini Baechli (D.C. Bar No. 445323)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC 20036
202.842.3400 Telephone
202.842.0011 Facsimile

Counsel for Defendant
Central Parking System of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served via first-class mail, postage prepaid and e-mail on this 16th day of May, 2006 upon:

>Joel R. Zuckerman, Esquire
>Maxwell & Barke, LLC
>51 Monroe Street
>Suite 806
>Rockville, MD 20850
>
>Gene R. Zweben, Esquire
>Schwartz Zweben & Slingbaum, LLP
>205 Southwest Winnachee Drive
>Stuart, FL 34994
>
>Counsel for Plaintiff Russell Holt

_____
Maria Perugini Baechli