## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

        Plaintiff,

        v.

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,

        Defendant.

Case No. 1:06CV00645
Judge Kessler

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, Joel R. Zuckerman, Esq., hereby files this Notice of Withdrawal of Appearance as attorney of record for the Plaintiff, Russell Holt.

Date: May 24, 2006

_____
Russell Holt, Plaintiff

_____/s/_____
Joel R. Zuckerman, Esq. 480152
Maxwell & Barke LLC
51 Monroe St., Suite 806
Rockville, Maryland 20850
Telephone: (301)309-8300
Facsimile: (301)309-8303
e-mail: email@maxlaw.us

### CERTIFICATE OF SERVICE

I hereby certify that on this __31__ day of May, 2006, a copy of the foregoing was sent via this Court's ECF Case Management System to counsel for the Defendant, Joseph P. Harkins, Esq.

_____/s/_____
Joel R. Zuckerman