# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.

                    CASE NO.: 1:06CV00645
                    Judge Kessler

CENTRAL PARKING SYSTEM
OF VIRGINIA, INC.

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance in the above-styled cause for the Plaintiff, RUSSELL HOLT, and requests the Clerk of Court and all other parties to direct all correspondence to Gene R. Zweben, Esq., Schwartz, Zweben & Slingbaum, LLP, 205 SW Winnachee Drive, Stuart, Florida 34494-7105.

                                            /s/ Gene R. Zweben
                                            GENE R. ZWEBEN, ESQ.
                                            Florida Bar No. 0088919
                                            Attorneys for Plaintiff
                                            Schwartz, Zweben & Slingbaum, LLP
                                            205 SW Winnachee Drive
                                            Stuart, Florida 34994-7105
                                            Telephone:  (772) 223-5454
                                            Fax:         (772) 463-0778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served upon all other parties who have appeared by Notice of Electronic Filing on this 1st day of June 2006.

/s/ Gene R. Zweben
Gene R. Zweben, Esq.