UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT
21618 Slidell Road
Boyds, Maryland 20841,

    Plaintiff,

vs.                                    CASE NO.: 1:06CV00645
                                       Judge Kessler

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.
C/O CT Corporation System
1025 Vermont Ave., NW
Washington, D.C. 20005,

    Defendant.
_____/

## NOTICE OF FILING AMENDED COMPLAINT AND MOTION TO AMEND CAPTION TO REFLECT THE NEW DEFENDANT AND NOTICE OF DISMISSAL OF DEFENDANT, CENTRAL PARKING SYSTEM OF VIRGINIA, INC. WITHOUT PREJUDICE

Comes now the Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby notifies the Court that an Amended Complaint has been filed, and respectfully requests that the Court amend the caption to reflect the new Defendant, TA HARBOR PARKING, LLC, and notifies the Court that the Defendant, Central Parking System of Virginia, Inc. be dismissed without prejudice.

WHEREFORE, the Plaintiff moves this Court for the entry of the Order set forth below. Dated this 2nd day of June 2006.

                                              /s/ Gene R. Zweben
                                              Gene R. Zweben, Esq.
                                              Schwartz Zweben & Slingbaum, LLP
                                              Attorneys for Plaintiffs
                                              205 SW Winnachee Drive
                                              Stuart, Florida 34994-7105
                                              Telephone:  (772) 223-5454
                                              Fax :         (772) 463-0778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 2ND day of June, 2006, to Joseph P. Harkins, Esq., LITTLER MENDELSON, P.C., 1150 17th Street NW, Suite 900, Washington, D.C. 20036.

/s/ Gene R. Zweben
Gene R. Zweben, Esq.
Schwartz Zweben & Slingbaum, LLP
Attorneys for Plaintiffs
205 SW Winnachee Drive
Stuart, Florida 34994-7105
Telephone:  (772) 223-5454
Fax :          (772) 463-0778