UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT
21618 Slidell Road
Boyds, Maryland 20841

    Plaintiff,

vs.                                      CASE NO.: 1:06CV00645
                                          Judge Kessler

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.
C/O CT Corporation System
1025 Vermont Ave., NW
Washington, D.C. 20005

    Defendant.
_____/

## ORDER

THIS CAUSE came before this Court upon the Plaintiff's Notice of Filing Amended Complaint and based thereon, it is:

ORDERED AND ADJUDGED that:

The Court hereby amends the caption to reflect the new Defendant, TA HARBOR PARKING, LLC. The Defendant, CENTRAL PARKING SYSTEM OF VIRGINIA, INC. is hereby dismissed without prejudice.

DONE AND ORDERED in Chambers at Washington, D.C. this ___ day of _____, 2006.

                                                                    _____
                                                                      United States District Judge

cc:     Gene R. Zweben, Esq.
         Joseph Harkins, Esq.