## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons was made by me[1] | **DATE** 7/10/06 at 12:50 pm |
| **NAME OF SERVER (PRINT)** Lorenzo Kenerson | **TITLE** private process server |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): personal service on Jamie Peterson, Authorized Representative of TA Harbor Parking, LLC at 900 Wisconsin Avenue NW, Washington, DC 20007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 10, 2006
   Date                     Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.