UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                                  CASE NO.: 1:06-cv-00645
                                                          Judge Kessler

TA HARBOR PARKING, LLC,

    Defendant.

_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, TA HARBOR PARKING LLC

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby moves this Honorable Court to enter a Clerk's Default against Defendant, TA HARBOR PARKING, LLC, and as grounds thereof, states as follows:

1.    On June 2, 2006, the Plaintiff filed the Amended Complaint against the Defendant, TA HARBOR PARKING, L.L.C. (See Docket #7).

2.    On July 10, 2006 the Defendant, TA HARBOR PARKING, LLC was served with the Summons and Amended Complaint, of which a response was due on July 31, 2006. (See Return of Service-Docket #9)

3.    At the time of the filing of this Pleading, the Defendant, TA HARBOR PARKING, LLC has failed to file an Answer or any other responsive pleading.

WHEREFORE, Plaintiff, RUSSELL HOLT respectfully requests that this Honorable Court issue a Clerk's Default against the Defendant, TA HARBOR PARKING, LLC for failure to timely file a responsive pleading.

Dated this 18th day of August 2006.

>Respectfully submitted,
>
>/s/ Gene R. Zweben
>Gene R. Zweben, Esq.
>Florida Bar No. 0088919
>Schwartz Zweben and Slingbaum, LLP
>Counsel for Plaintiff
>205 SW Winnachee Dr.
>Stuart, Florida 34994-7105
>Telephone:   (772) 223-5454
>Fax:         (772) 463-0778

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th Day of August 2006, I electronically filed the foregoing document with the Clerk of the Court, and furnished a true and copy via U.S. Mail to:

JAMES LEWIS, Registered Agent for
TA HARBOR PARKING, LLC
900 Wisconsin Ave. NW,
Washington, DC 20007

>/s/ Gene R. Zweben
>Gene R. Zweben, Esq.
>Florida Bar No. 0088919