**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                                                  CASE NO.: 1:06-cv-00645
                                                                                     Judge Kessler

TA HARBOR PARKING, LLC,

    Defendant.
_____/

**<u>CLERK'S ENTRY OF DEFAULT</u>**

    A Default is entered against Defendant, TA HARBOR PARKING, LLC, for failure to timely file a responsive pleading.

    ORDERED on this _____ day of _____, 2005.

_____
United States District Court

Copies furnished to:

    Gene R. Zweben, Esquire

    JAMES LEWIS, Registered Agent for
    TA HARBOR PARKING, LLC
    900 Wisconsin Ave. NW,
    Washington, DC 20007