UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                                  CASE NO.: 1:06-cv-00645
                                                  Judge Kessler

TA HARBOR PARKING, LLC,

    Defendant.
_____/

**ENTRY OF APPEARANCE**

    Please enter the appearance of Jason E. Miles, as co-counsel for the Plaintiff.

Dated: August 21, 2006                Respectfully submitted:

                                                By:   s/Jason E. Miles
                                                Jason E. Miles, Esquire
                                                Maryland Bar No. 26349
                                                Schwartz, Zweben & Slingbaum LLP
                                                51 Monroe Drive, Suite 812
                                                Rockville, MD  20850
                                                Telephone:   (301) 294-6868
                                                Facsimile:    (301) 294-6480

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 21, 2006, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:  Gene R. Zweben, Esquire, and furnished same via US Mail to:

    JAMES LEWIS, Registered Agent for
    TA HARBOR PARKING, LLC
    900 Wisconsin Ave. NW,
    Washington, DC 20007

                                                      s/Jason E. Miles
                                                  Jason E. Miles, Esquire