**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                              CASE NO.: 1:06-cv-00645
                                  Judge Kessler

TA HARBOR PARKING, LLC,

    Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF DEFAULT

I HEREBY certify under penalty of perjury, this 21st day of August, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the Defendant, TA HARBOR PARKING, LLC, was personally served with process via its corporate Registered Agent on July 10, 2006.

I further certify under penalty of perjury that no appearance has been entered by said Defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Dated:  August 21, 2006.          Respectfully submitted,

                                         /s/ Gene R. Zweben
                                         Gene R. Zweben, Esq.
                                         Florida Bar No. 0088919
                                         Schwartz Zweben and Slingbaum, LLP
                                         Counsel for Plaintiff
                                         205 SW Winnachee Dr.
                                         Stuart, Florida 34994-7105
                                         Telephone:   (772) 223-5454

Fax:    (772) 463-0778

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st Day of August 2006, I electronically filed the foregoing document with the Clerk of the Court, and furnished a true and copy via U.S. Mail to:

JAMES LEWIS, Registered Agent for
TA HARBOR PARKING, LLC
900 Wisconsin Ave. NW,
Washington, DC 20007

/s/ Gene R. Zweben
    Gene R. Zweben, Esq.
    Florida Bar No. 0088919