**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

      Plaintiff,

vs.                                                    CASE NO.: 1:06-cv-00645
                                                  Judge Kessler

TA HARBOR PARKING, LLC,

      Defendant.

_____/

**<u>DEFAULT</u>**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with Summons and copy of complaint on 10th day of July, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, 2006.

_____ declared that defendant, TA HARBOR PARKING LLC is in default.

                               Nancy M. Mayer-Whittington, Clerk

                               By: _____
                                     Deputy Clerk