Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

Plaintiff(s)

v.

Civil Action No. 06-645 (GK)

CENTRAL PARKING SYSTEM OF VIRGINIA, INC.

Defendant(s)

RE: TA HARBOR PARKING, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 10, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of August, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk