UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                    CASE NO.: 1:06CV00645
                                          Judge Kessler

CENTRAL PARKING SYSTEM
OF VIRGINIA, INC.

    Defendant.
_____/

## MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, TA HARBOR PARKING, LLC

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel and files this Motion for Default Final Judgment against Defendant, TA HARBOR PARKING, LLC[1], and as grounds would state:

1.    The Plaintiff filed an Amended Complaint against the Defendant, TA Harbor Parking, LLC, for violations with the Americans with Disabilities Act.

2.    On July 10, 2006 the Defendant, TA Harbor Parking, LLC, was served with the Amended Complaint in this matter.

3.    The Defendant, TA Harbor Parking, had until July 31, 2006 to file a responsive pleading and did not do so.

---

[1] The Plaintiff has filed an amended complaint in this matter naming TA Harbor Parking, LLC as Defendant and dismissing Central Parking System of Virginia, Inc. and filed a motion requesting that the caption be amended to reflect this change. As of this date, the Court has not yet ruled on the motion to amend the caption, and as such, the original caption is being used.

4.  On August 21, 2006, the Clerk of Court entered a Default against Defendant, TA Harbor Parking, LLC.

5.  As a result of the Default entered against the Defendant, TA Harbor Parking, LLC, as well as Defendant's lack of response since that date, Plaintiff respectfully request this Honorable Court grant a Default Final Judgment in this matter.

WHEREFORE, Plaintiff, Russell Holt, respectfully request that this Honorable Court issue a Default Final Judgment against Defendant, TA Harbor Parking, LLC, for failure to timely file a responsive pleading.

Dated this 22nd day of August, 2006

Respectfully submitted,

/s/ Gene R. Zweben  
Gene R. Zweben, Esq.  
Florida Bar No. 0088919  
Swartz Zweben & Slingbaum, LLP  
205 SW Winnachee Drive  
Stuart, Florida 34994-7105  
Telephone:  (772) 223-5454  
Fax:            (772) 463-0778  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to: James Lewis, TA Harbor Parking, LLC, 900 Wisconsin Ave., NW, Washington, DC 20007, this 22nd day of August, 2006.

/s/ Gene R. Zweben  
Gene R. Zweben, Esq.  
Florida Bar No. 0088919