UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.   CASE NO.: 1:06CV00645
    Judge Kessler

CENTRAL PARKING SYSTEM
OF VIRGINIA, INC.

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before this Honorable Court as a result of the Clerk's Default entered against Defendant, TA Harbor Parking, LLC[1]., on August 21, 2006 and Plaintiff's Motion for Entry of Default Final Judgment, having reviewed the foregoing documents, and being otherwise fully advised in the premises, it is hereby

ADJUDGED as follows:

1. The court declares that the Defendant, TA Harbor Parking, LLC is in default and that the factual allegations of the complaint are deemed admitted. Consequently, the court concludes that the parking lot owned and/or operated by TA Harbor Parking, LLC located at the intersection of Wisconsin Ave., N.W. and K Street, N.W., near Washington Harbor, Washington, D.C., is in violation of Title III of the Americans with Disabilities Act, 28 U.S.C. § 12812, *et seq.*, due to the existence of various architectural barriers that exist at the properties.

2. Defendant, TA Harbor Parking, LLC is hereby ordered to alter its parking lot located at the intersection of Wisconsin Ave., N.W. and K Street, N.W., near Washington Harbor, Washington, D.C, to make it fully accessible to and useable by

---

[1] The Plaintiff has filed an amended complaint in this matter naming TA Harbor Parking, LLC as Defendant and dismissing Central Parking System of Virginia, Inc. and filed a motion requesting that the caption be amended to reflect this change.  As of this date, the Court has not yet ruled on the motion to amend the caption, and as such, the original caption is being used.

1

individuals with disabilities to the full extent required by Title III of the Americans With Disabilities Act, and in accordance with future orders of this Court.

3. Defendant, TA Harbor Parking, LLC is hereby ordered to evaluate and neutralize its policies, practices and procedures towards persons with disabilities and to immediately undertake and complete corrective procedures.

4. Defendant, TA Harbor Parking, LLC is hereby ordered to expeditiously make all reasonable and appropriate modifications in their policies, practices and procedures, provide effective signage, remove all architectural and communication barriers that are readily achievable, and that alternative means be provided where removal of these barriers are not readily achievable; and to take all ancillary steps that are reasonable and necessary to ensure that individuals with disabilities are no longer excluded, denied access, segregated or otherwise treated differently and/or otherwise subjected to discrimination.  Specifically the Defendant shall modify its parking lot to fully comply with the Americans with Disabilities Act and Americans with Disabilities Act Architectural Guidelines (ADAAG).  This shall include but is not limited to ensuring full compliance with ADAAG Section 4.1.2(5) and ADAAG Section 4.6.  The Defendant shall ensure that there are the correct number of accessible parking spaces as required by the ADAAG, that these accessible parking spaces are of the correct size and dimensions, are located on the closest accessible route to the public right of way, and otherwise fully comply with the appropriate provisions of the ADAAG.

5. The Plaintiff shall be entitled to have his attorney's fees, costs and litigation expenses incurred in connection with this matter paid by Defendant, TA Harbor Parking, LLC including all other costs and expenses incurred in connection with this litigation.

      6.    This Court will retain jurisdiction for the enforcement of this Default Final Judgment.

      ORDERED in Chambers at Washington, DC, this _____ day of _____ ,2006.

                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Gene R. Zweben, Esquire
James Lewis,
TA Harbor Parking, LLC, 900 Wisconsin Ave., NW, Washington, DC 20007