IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,              )
                              )
          Plaintiff,        )
                              )
v.                         )       Case No.: 1:06CV00645
                              )       Honorable Gladys Kessler
TA HARBOR PARKING, LLC,   )
                              )
          Defendant.     )

## DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, OR, IN THE ALTERNATIVE, TO QUASH SERVICE

Pursuant to Rules 55(c)[1] and 12(b)(5) of the Federal Rules of Civil Procedure, Defendant, Harbor Parking, LLC ("Harbor Parking"), by counsel appearing specially, respectfully moves this Court to set aside the default entered by the Clerk of Court on August 22, 2006, and to dismiss the Complaint against it for lack of personal jurisdiction over Harbor Parking, as a result of insufficient service of process on Harbor Parking.  In support of this motion, Harbor Parking respectfully refers the Court to the accompanying Memorandum and the Affidavit of James E. Lewis, Sr., the sole owner and managing member of Harbor Parking, filed herewith.

---

[1] Harbor Parking has not received notice of Plaintiff's Motion for Entry of Default Judgment, or any hearing on such motion.  Therefore, Harbor Parking reserves the right to bring this motion under Rule 60(b)(4) if the Court has already entered judgment by default in favor of Plaintiff against Harbor Parking.

WHEREFORE, Defendant, Harbor Parking, LLC, appearing specially by counsel, respectfully requests that this Court grant its motion setting aside the default and dismiss the Complaint against it, or in the alternative, quash the insufficient service.

Respectfully submitted,


HARBOR PARKING, LLC
By Counsel



s/Gregory L. Murphy
_____
Gregory L. Murphy, Esq. (VSB# 12560)
VORYS, SATER, SEYMOUR AND PEASE LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia  22314
(703) 837-6999 Phone
(703) 837-6980 Facsimile

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I certify that on this 4th day

of September, 2006, a copy of the foregoing *Motion to Set Aside Default and to Dismiss For*

*Insufficient Service of Process, or in the Alternative, to Quash Service*, the *Memorandum* and

*Affidavit* in support thereof and the proposed Order was filed electronically.  Service of this filing

to all parties, including those listed below, will be accomplished by operation of the Court's ECF

system and U.S. mail, and parties may access this filing through the Court's system:

> Gene R. Zweben, Esquire
> Schwartz Zweben and Slingbaum, LLP
> 205 SW Winnachee Dr.
> Stuart, Floridia 34994-7105
> Telephone:    (772) 223-5454
> Fax:          (772) 463-0778
>
> Jason E. Miles, Esquire
> Schwartz, Zweben and Slingbaum, LLP
> 51 Monroe Drive, Suite 812
> Rockville, MD 20850
> Telephone:    (301) 294-6868
> Fax:          (301) 294-6480

> s/Gregory L. Murphy
> _____
> Gregory L. Murphy

- 3 -