IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUSSELL HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:06CV00645 |
| | ) | |
| TA HARBOR PARKING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF**
**<u>MOTION TO QUASH SERVICE</u>**

THE UNDERSIGNED affiant, James E. Lewis, Sr., having first been duly sworn in accordance with law, hereby declares under the penalty of perjury under the laws of the United States that the foregoing is true and correct:

1. My name is James E. Lewis, Sr., and I am the owner and sole managing member of Harbor Parking, LLC, I am over the age of 21 years, and I am otherwise competent to execute this affidavit.

2. I have read the *Motion to Quash Service* ("Motion") prepared by my counsel and attached hereto.

3. Upon personal knowledge, information and belief, the averments set forth in the Petition are true.

4. Specifically, neither myself nor anyone authorized to accept services of process on behalf of Harbor Parking, LLC, or even anyone not authorized to accept service of process on behalf of Harbor Parking, LLC, but who happens to work at Harbor Parking, LLC received personal service of Plaintiff, Russell Holt's *Complaint* or *Amended Complaint*.

5. The individual identified in the Return of Service, dated July 10, 2006 (*see* Document No. 9), namely Jamie Peterson, is unknown to me and to my knowledge does not and has never worked for Harbor Parking, LLC.

6. Contrary to the allegation in the Return of Service, dated July 10, 2006 (*see* Document No. 9), Jamie Peterson is not, and never has been, an authorized representative of Harbor Parking, LLC.

AND FURTHER THIS AFFIANT SAYETH NOT.

_____
JAMES E. LEWIS, SR.

CITY OF _____  ) to wit:
                       )
                       )

Before me, the undersigned Notary Public, appeared James E. Lewis, Sr., who, after being first duly sworn, stated that the foregoing is true and correct to the best of her information, knowledge and belief. Subscribed and sworn to me this ___ day of September, 2006.

_____
Notary Public
My commission expires:

09/08/2006 - Alexandria - 8602627