**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                                                             CASE NO.: 1:06-cv-00645
                                                                                                               Judge Kessler

TA HARBOR PARKING, LLC,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED**
**COMPLAINT AND AMEND STYLE OF CASE**

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to File Amended Complaint and to Amend the Style of the Case, filed October 10, 2006.

The Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED and deemed filed *nun pro tunc*. Defendant, HARBOR PARKING, LLC shall file a response to the Amended Complaint within 20 days from the date of this Order, or from the date of service, as applicable. In addition, the style of this case shall be amended to reflect the proper party Defendant, HARBOR PARKING, LLC.

DONE AND ORDERED in Chambers at Washington, D.C. this ___ day of _____, 2006.

                                                                                 _____
                                                                                 District Court Judge

**Copies furnished to:**
**Counsel of Record**