AO 399 (rev.10/95)

# WAIVER OF SERVICE OF SUMMONS

**TO: Jason E. Miles, Esquire**

**I,** Gregory L. Murphy, Esquire, acknowledge receipt of your request that I waive service of Summons in the action of RUSSELL HOLT v. HARBOR PARKING, L.L.C., on behalf of Defendant, HARBOR PARKING, L.L.C., which is Case Number 1:06-cv-645-GK, in the United States District Court for the District of Columbia.

I have also received a copy of the Amended Complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the Amended Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

Answer or motion under Rule 12 is not served upon you within 60 days from October 11, 2006.

10/16/06
DATE

_Gregory L. Murphy_ / with Permission by Melissa Nichols
GREGORY L. MURPHY, ESQUIRE
Attorney for Defendant, Harbor Parking, LLC