UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                            CASE NO.: 1:06-cv-00645
                                                            Judge Kessler

HARBOR PARKING, LLC,

    Defendant.
_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, HARBOR PARKING LLC

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby moves this Honorable Court to enter a Clerk's Default against Defendant, HARBOR PARKING, LLC, and as grounds thereof, states as follows:

1.    On October 12, 2006, the Plaintiff filed his Second Amended Complaint against the Defendant, HARBOR PARKING, L.L.C. (See Docket #20).

2.    On October 16, 2006 the Defendant, HARBOR PARKING, LLC was served with the Summons and Amended Complaint, of which a response was due on December 11, 2006. (See Waiver of Service of Summons-Docket #21)

3.    At the time of the filing of this Pleading, the Defendant, HARBOR PARKING, LLC has failed to contact the undersigned or file an Answer or any other responsive pleading.

WHEREFORE, Plaintiff, RUSSELL HOLT respectfully requests that this Honorable Court issue a Clerk's Default against the Defendant, HARBOR PARKING, LLC for failure to timely file a responsive pleading.

Dated this 13th day of December 2006.

Respectfully submitted,                By:     s/Jason E. Miles
                                                    Jason E. Miles, Esquire
                                                    Maryland Bar No. 26349
                                                    Schwartz, Zweben & Slingbaum LLP
                                                    51 Monroe Drive, Suite 812
                                                    Rockville, MD  20850
                                                    Telephone:     (301) 294-6868
                                                    Facsimile:      (301) 294-6480
                                                    jmiles@szalaw.com
                                                    Gene Zweben, Esquire
                                                    Florida Bar No. 0088919
                                                    Attorneys for Plaintiff
                                                    Schwartz, Zweben & Slingbaum, LLP
                                                    205 SW Winnachee Drive
                                                    Stuart, Florida 34994-7105
                                                    Telephone:     (772) 223-5454
                                                    Fax:              (772) 463-0778
                                                    gzweben@szalaw.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th Day of December, 2006, I electronically filed the foregoing document with the Clerk of the Court, and to the following ECF Registrants:

Gregory L. Murphy     glmurphy@vssp.com

                                    /s/ Jason E Miles
                                          Jason E Miles, Esq.
                                          MD Bar No. 26349