**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                                CASE NO.: 1:06-cv-00645
                                                      Judge Kessler

HARBOR PARKING, LLC,

    Defendant.
_____/

**<u>CLERK'S ENTRY OF DEFAULT</u>**

    A Default is entered against Defendant, HARBOR PARKING, LLC, for failure to timely file a responsive pleading.

    ORDERED on this _____ day of _____, 2006.

                                                    _____
                                                    United States District Court

Copies furnished to:

Parties of record