IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUSSELL HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:06CV00645 |
| | ) | Honorable Gladys Kessler |
| HARBOR PARKING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO SECOND AMENDED COMPLAINT**

Defendant Harbor Parking, LLC ("Harbor Parking"), for its answer to the *Second Amended Complaint* filed in this matter by Plaintiff, Russell Holt, states as follows:

**JURISDICTION AND PARTIES**

1. This paragraph contains jurisdictional allegations to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the allegations of Paragraph 1 of the *Second Amended Complaint.*

2. This paragraph contains legal conclusions to which Harbor Parking is not required to respond and to which Harbor Parking is without sufficient knowledge or information to admit or deny. To the extent that a response is deemed to be required, Harbor Parking denies the allegations and legal conclusions of Paragraph 2 of the *Second Amended Complaint.*

3. Harbor Parking is without sufficient knowledge or information to admit or deny the allegations and legal conclusions of Paragraph 3 of the *Second Amended Complaint* and therefore denies them.

- 2 -

4.  **[GLM must review]** Harbor Parking admits that it is authorized to conduct and is conducting business in the District of Columbia. Harbor Parking admits that it is the operator of the real property and improvements which are the subject of this action, but Harbor Parking denies that it is the owner of same.

5.  Harbor Parking is without sufficient knowledge or information to admit or deny the allegations of Paragraph 5 of the *Second Amended Complaint* and therefore denies them.

### COUNT I – VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

6.  Harbor Parking incorporates herein its previous responses.

7.  Harbor Parking admits that on or about July 26, 1990, Congress enacted the Americans With Disability Act ("ADA"), 42 U.S.C. § 12101, *et. seq.* The remained of Paragraph 7 contains incorrect legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 7 of the *Second Amended Complaint*.

8.  This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 8 of the *Second Amended Complaint*.

9.  This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 9 of the *Second Amended Complaint*.

10. Harbor Parking is without sufficient knowledge or information to admit or deny the allegations of Paragraph 10 of the *Second Amended Complaint* and therefore denies them.

11. Admitted.

12. This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 12 of the *Second Amended Complaint*.

13. This paragraph contains legal conclusions to which Harbor Parking is not required to respond and to which Harbor Parking is without sufficient knowledge or information to admit or deny. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 13 of the *Second Amended Complaint*.

14. This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 14 of the *Second Amended Complaint*.

15. This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 15 of the *Second Amended Complaint*.

16. This paragraph contains legal conclusions to which Harbor Parking is not required to respond and to which Harbor Parking is without sufficient knowledge or

- 4 -

information to admit or deny. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 16 of the *Second Amended Complaint*.

17.     This paragraph contains legal conclusions to which Harbor Parking is not required to respond. To the extent that a response is deemed to be required, Harbor Parking denies the legal conclusions and allegations of Paragraph 17 of the *Second Amended Complaint*.

## **FIRST DEFENSE**

The *Second Amended Complaint* fails to state a claim upon which relief may be granted and therefore should be dismissed.

## **OTHER DEFENSES**

Harbor Parking reserves the right to rely on other defenses that are or may become applicable in the future.

- 5 -

WHEREFORE, having fully answered, Harbor Parking states that Plaintiff is not entitled to the relief prayed for in the *Second Amended Complaint* or any other relief from Harbor Parking, and Harbor Parking prays that the *Second Amended Complaint* be dismissed, with prejudice, and that costs and disbursements be awarded to Harbor Parking and that it be granted such other and further relief as the Court may deem appropriate.

Dated: December 14, 2006                                         Respectfully submitted,


                                                                 HARBOR PARKING, LLC
                                                                 By Counsel


s/Gregory L. Murphy
_____
Gregory L. Murphy, Esq. (DCB# 199240)
VORYS, SATER, SEYMOUR AND PEASE LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia  22314
(703) 837-6999 Phone
(703) 837-6980 Facsimile

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I certify that on this 14th day of December, 2006, a copy of the foregoing *Answer to Second Amended Complaint* was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and U.S. mail, and parties may access this filing through the Court's system:

>Gene R. Zweben, Esquire
>Schwartz, Zweben and Slingbaum, LLP
>205 SW Winnachee Dr.
>Stuart, Florida 34994-7105
>Telephone:    (772) 223-5454
>Fax:          (772) 463-0778
>
>Jason E. Miles, Esquire
>Schwartz, Zweben and Slingbaum, LLP
>51 Monroe Drive, Suite 812
>Rockville, MD 20850
>Telephone:    (301) 294-6868
>Fax:          (301) 294-6480

>>s/Gregory L. Murphy
>>_____
>>Gregory L. Murphy