UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                                      CASE NO.: 1:06-cv-00645
                                                            Judge Kessler

HARBOR PARKING, LLC,

    Defendant.

_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, HARBOR PARKING LLC

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby moves this Honorable Court to enter a Clerk's Default against Defendant, HARBOR PARKING, LLC, and as grounds thereof, states as follows:

1.    On October 12, 2006, the Plaintiff filed his Second Amended Complaint against the Defendant, HARBOR PARKING, L.L.C. (See Docket #20).

2.    On October 16, 2006 the Defendant, HARBOR PARKING, LLC was served with the Summons and Amended Complaint, of which a response was due on December 11, 2006. (See Waiver of Service of Summons-Docket #21)

3.    At the time of the filing of this Pleading, the Defendant, HARBOR PARKING, LLC has failed to contact the undersigned or file an Answer or any other responsive pleading.

WHEREFORE, Plaintiff, RUSSELL HOLT respectfully requests that this Honorable Court issue a Clerk's Default against the Defendant, HARBOR PARKING, LLC for failure to timely file a responsive pleading.

Dated this 13th day of December 2006.

Respectfully submitted,　　　　　By:     s/Jason E. Miles
　　　　　　　　　　　　　　　　　　　Jason E. Miles, Esquire
　　　　　　　　　　　　　　　　　　　Maryland Bar No. 26349
　　　　　　　　　　　　　　　　　　　Schwartz, Zweben & Slingbaum LLP
　　　　　　　　　　　　　　　　　　　51 Monroe Drive, Suite 812
　　　　　　　　　　　　　　　　　　　Rockville, MD  20850
　　　　　　　　　　　　　　　　　　　Telephone:     (301) 294-6868
　　　　　　　　　　　　　　　　　　　Facsimile:      (301) 294-6480
　　　　　　　　　　　　　　　　　　　 jmiles@szalaw.com
　　　　　　　　　　　　　　　　　　　Gene Zweben, Esquire
　　　　　　　　　　　　　　　　　　　Florida Bar No. 0088919
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Schwartz, Zweben & Slingbaum, LLP
　　　　　　　　　　　　　　　　　　　205 SW Winnachee Drive
　　　　　　　　　　　　　　　　　　　Stuart, Florida 34994-7105
　　　　　　　　　　　　　　　　　　　Telephone:     (772) 223-5454
　　　　　　　　　　　　　　　　　　　Fax:              (772) 463-0778
　　　　　　　　　　　　　　　　　　　gzweben@szalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th Day of December, 2006, I electronically filed the foregoing document with the Clerk of the Court, and to the following ECF Registrants:

Gregory L. Murphy     glmurphy@vssp.com

　　　　　　　　　　　　　　　　/s/ Jason E Miles
　　　　　　　　　　　　　　　　　　Jason E Miles, Esq.
　　　　　　　　　　　　　　　　　　MD Bar No. 26349