IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00645 |
| ) | |
| HARBOR PARKING, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, HARBOR PARKING, LLC**

THIS DAY came the Plaintiff, Russell Holt, by counsel, and the Defendant, Harbor Parking, LLC, by counsel, to be heard on Plaintiff's *Motion for Clerk's Default Against Harbor Parking, LLC* and Defendant's *Opposition to Plaintiff's Motion for Clerk's Default Against Harbor Parking, LLC*; and it

**APPEARING TO THE COURT** that the Plaintiff's *Motion for Clerk's Default Against Harbor Parking, LLC* should be denied, it is hereby

**ORDERED** that Plaintiff's *Motion for Clerk's Default Against Harbor Parking, LLC* is hereby **DENIED**.

Jan. 3, 2007

/s/ Gladys Kessler
Honorable Gladys Kessler
United States District Judge