**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                              CASE NO.: 1:06-cv-00645
                                    Judge Kessler

HARBOR PARKING, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby files his Voluntary Notice of Dismissal Without Prejudice for above-styled cause. Each party will bear their own costs.

Dated: February 1, 2007        Respectfully submitted,

                                      By:    s/Jason E. Miles
                                                 Jason E. Miles, Esquire
                                                 Maryland Bar No. 26349
                                                 Schwartz, Zweben & Slingbaum LLP
                                                 51 Monroe Drive, Suite 812
                                                 Rockville, MD  20850
                                                 Telephone:    (301) 294-6868
                                                 Facsimile:    (301) 294-6480
                                                 jmiles@szalaw.com
                                                 Gene Zweben, Esquire
                                                 Florida Bar No. 0088919
                                                 Attorneys for Plaintiff
                                                 Schwartz, Zweben & Slingbaum, LLP
                                                 205 SW Winnachee Drive
                                                 Stuart, Florida 34994-7105
                                                 Telephone:    (772) 223-5454
                                                 Fax:             (772) 463-0778
                                                 gzweben@szalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2007, I electronically filed the foregoing document with the Clerk of the Court, and to the following ECF Registrants:

Gregory L. Murphy    glmurphy@vssp.com

/s/ Jason E Miles
Jason E Miles, Esq.
MD Bar No. 26349