IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT,                              )<br>                                                            )<br>          Plaintiff,                              )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>HARBOR PARKING, LLC,               )<br>                                                            )<br>          Defendant.                           ) | Case No.: 1:06CV00645<br>Honorable Gladys Kessler |

**DEFENDANT'S CONCURRENCE IN PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL**

COMES NOW your Defendant, HARBOR PARKING, LLC, by counsel, and hereby submits its *Concurrence* to Plaintiff, RUSSELL HOLT'S, *Notice of Voluntary Dismissal*, without prejudice, in the above-styled cause.

Each party shall bear its own cost.

Dated:  February 2, 2007                                        Respectfully submitted,


                                                                                 HARBOR PARKING, LLC
                                                                                 By Counsel




          s/Gregory L. Murphy
_____
Gregory L. Murphy, Esq. (VSB# 12560)
VORYS, SATER, SEYMOUR AND PEASE LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia  22314
(703) 837-6999 Phone
(703) 837-6980 Facsimile

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I certify that on this 2nd day of February, 2007, a copy of the foregoing *Defendant's Concurrence In Plaintiff's Notice Of Voluntary Dismissal* and the proposed *Order* was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and U.S. mail, and parties may access this filing through the Court's system:

> Gene R. Zweben, Esquire
> Schwartz Zweben and Slingbaum, LLP
> 205 SW Winnachee Dr.
> Stuart, Floridian 34994-7105
> Telephone:   (772) 223-5454
> Fax:         (772) 463-0778
>
> Jason E. Miles, Esquire
> Schwartz, Zweben and Slingbaum, LLP
> 51 Monroe Drive, Suite 812
> Rockville, MD 20850
> Telephone:   (301) 294-6868
> Fax:         (301) 294-6480

        s/Gregory L. Murphy
        _____
        Gregory L. Murphy