IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARBOR PARKING, LLC, )<br>)<br>Defendant. ) | Case No.: 1:06CV00645<br>Honorable Gladys Kessler |

**ORDER**

THIS DAY came the Plaintiff, Russell Holt, by counsel, for his *Notice of Voluntary Dismissal*, and Defendant, Harbor Parking, LLC, by counsel, for its *Concurrence* of same; and it

**APPEARING TO THE COURT** that the Plaintiff's *Notice of Voluntary Dismissal*, without prejudice, should be granted, it is hereby

**ORDERED** that Plaintiff's *Notice of Voluntary Dismissal* is hereby **GRANTED** without prejudice; and it is also

**ORDERED** that this cause is dismissed without prejudice; and it is also

**ORDERED** that each party shall bear its own cost;

**AND THIS CAUSE IS FINAL.**

_____
Honorable Gladys Kessler
United States District Judge